# EXHIBIT 2

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

20 Year Renewal

Reg. No. 260,843

Registered Aug. 27, 1929

Renewal Approved Oct. 30, 1989

## TRADEMARK
## PRINCIPAL REGISTER

# BURBERRYS

BURBERRYS LIMITED (UNITED KING-
DOM CORPORATION)
18/22 HAYMARKET
LONDON, ENGLAND SW1Y 4DQ

OWNER OF GREAT BRITAIN REG.
NO. 405317, DATED 6–18–1920.

FOR: CLOTHING—NAMELY, COATS
AND TOPCOATS FOR MEN, WOMEN,
AND CHILDREN; JACKETS FOR MEN,
WOMEN, AND CHILDREN; BREECHES
FOR MEN AND BOYS; SUITS FOR MEN
AND BOYS; RIDING HABITS FOR
WOMEN AND GIRLS; WAISTCOATS
FOR MEN, WOMEN, AND CHILDREN;
[GAITERS FOR MEN, WOMEN, AND
CHILDREN; LEGGINGS FOR MEN,
WOMEN, AND CHILDREN;] OVER-
ALLS FOR MEN, WOMEN, AND CHIL-
DREN; SKIRTS FOR OUTER WEAR FOR
WOMEN AND CHILDREN; [FUR COATS
AND FUR JACKETS FOR MEN,
WOMEN, AND CHILDREN;] CAPES
FOR MEN, WOMEN, AND CHILDREN;
HATS AND CAPS FOR MEN, WOMEN,
AND CHILDREN; [HELMETS FOR MEN
AND WOMEN;] BONNETS, HOODS,
AND TOQUES FOR MEN, WOMEN,
AND CHILDREN; NECKTIES FOR MEN,
WOMEN, AND CHILDREN; STOCKINGS
AND SOCKS FOR MEN, WOMEN, AND
CHILDREN; BRACES AND SUSPEND-
ERS FOR MEN, WOMEN, AND CHIL-
DREN; BELTS FOR OUTER WEAR FOR
MEN, WOMEN, AND CHILDREN;
BOOTS OF RUBBER AND FABRIC OR
COMBINATIONS OF THESE MATERI-
ALS FOR MEN, WOMEN AND CHIL-
DREN; SHOES AND SLIPPERS OF
LEATHER, RUBBER, AND FABRIC OR
COMBINATIONS OF THESE MATERI-
ALS FOR MEN, WOMEN, AND CHIL-
DREN; [UNDERWEAR OF KNITTED
AND TEXTILE FABRIC FOR MEN,
WOMEN, AND CHILDREN;] GLOVES
FOR MEN, WOMEN, AND CHILDREN,
OF LEATHER AND FABRIC, IN CLASS
39 (INT. CL. 25).

FIRST USE 0–0–1910; IN COMMERCE
0–0–1910.

SER. NO. 71–281,718, FILED 4–2–1929.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Dec. 12, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Renewal

Reg. No. 863,179
Registered Jan. 7, 1969
OG Date June 13, 1989

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRYS LIMITED (GREAT BRIT-
AIN COMPANY)
18/22 HAYMARKET
LONDON, ENGLAND SW 1

OWNER OF GREAT BRITAIN REG.
NO. 901848, DATED 11-21-1966.
OWNER OF U.S. REG. NOS. 93,819,
756,953 AND OTHERS.
APPLICANT DISCLAIMS THE
LETTER "B" APART FROM THE MARK
AS SHOWN.

FOR: COATS, TOPCOATS, JACKETS,
SUITS, BREECHES, TROUSERS,
SLACKS, SHORTS, RIDING HABITS,
WAISTCOATS, [GAITERS, LEGGINGS,]
OVERALLS, SKIRTS, [FUR COATS, FUR
JACKETS,] CAPES, HATS, CAPS, [HEL-
METS,] BONNETS, HOODS, [TOQUES,]
BERETS, NECKTIES, STOCKINGS,
SOCKS, BRACES, SUSPENDERS, GAR-
TERS, BELTS, BOOTS, SHOES, SLIP-
PERS, SANDALS, [UNDERWEAR,]
GLOVES, SHIRTS,COLLARS, PAJAMAS,
[LINGERIE,] DRESSING GOWNS, CAR-
DIGANS, SWEATERS, PULLOVERS,
SCARVES, [CORSETRY, FOUNDATION
GARMENTS, BRASSIERES,] BLOUSES,
[SWIMWEAR,] BEACH ROBES,
DRESSES, SKIWEAR, [FISHING
WADERS,] AND HANDKERCHIEFS, IN
CLASS 39 (INT. CL. 25).

SER. NO. 289,474, FILED 1-24-1968.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 13, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 18

U.S. Cls.: 3 and 41

**U.S. Patent and Trademark Office**

Reg. No. 1,133,122

Reg. Apr. 15, 1980

## TRADEMARK
### Principal Register

## BURBERRYS

Burberrys Limited (British corporation)
18/22, Haymarket
London S.W.1. England

For: Handbags, Travelling Bags, Trunks, Leather
Travelling Cases, Attache Cases, Dispatch Cases, Leather
Briefcases, Purses, Pocket Wallets, Umbrellas, Parasols and
Walking Sticks —in Class 18. (U.S. Cls. 3 and 41).
First use Mar. 1970; in commerce Mar. 1, 1972.
Owner of U.S. Reg. Nos. 756,953, 259,571 and others.

Ser. No. 162,578. Filed Mar. 17, 1978.

JEFFREY KAUFMAN, Examiner

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

**Reg. No. 1,241,222**

## United States Patent and Trademark Office

**Registered Jun. 7, 1983**

## TRADEMARK
### Principal Register



Burberrys Limited (United Kingdom corporation)
18/22 Haymarket
London, England SWIY 4DQ

For: COATS, TOP COATS, JACKETS, TROU-SERS, SLACKS, WAISTCOATS, SKIRTS, CAPES, HATS, BONNETS, BERETS, SHIRTS, SCARVES, SHAWLS AND BLOUSES, in CLASS 25 (U.S. Cl. 39).

First use Mar. 1, 1923; in commerce Jul. 1, 1924.

The designated colors are a feature of the mark and the colors and shades of colors are light tan, dark tan, light brown, dark brown, black, white, very dark red, dark red, medium red, light red, dark grey, medium grey and light grey.

Sec. 2(f).

Ser. No. 170,890, filed May 18, 1978.

HENRY S. ZAK, Examining Attorney

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,607,316

## United States Patent and Trademark Office

Registered July 24, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## BURBERRYS

BURBERRYS LIMITED
18–22 HAYMARKET
LONDON, ENGLAND SW1Y 4DQ

FOR: SPECTACLES, SUNGLASSES AND SUN GOGGLES, FITTED CASES, FRAMES AND LENSES, ALL FOR SUNGLASSES, SUN GOGGLES OR FOR SPECTACLES, IN CLASS 9 (U.S. CL. 26).

OWNER OF UNITED KINGDOM REG. NO. 1226721, DATED 9–19–1984, EXPIRES 9–19–1991.
OWNER OF U.S. REG. NOS. 1,133,122 AND 1,153,936.

SER. NO. 73–834,268, FILED 8–17–1989.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**

Reg. No. 1,622,186
Registered Nov. 13, 1990

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18–22, HAYMARKET
LONDON, ENGLAND SW1Y 4DQ

FOR: SUNGLASSES, GOGGLES FOR PROTECTION AGAINST GLARE BY THE SUN; SPECTACLES; FRAMES AND LENSES, IN CLASS 9 (U.S. CL. 26).

OWNER OF UNITED KINGDOM REG. NO. 1263735, DATED 4–1–1986, EXPIRES 4–1–1993.

OWNER OF U.S. REG. NOS. 756,953, 1,473,413 AND OTHERS.

THE ENGLISH TRANSLATION OF THE WORD "PRORSUM" IN THE MARK IS "FORWARDS".

SER. NO. 73–827,768, FILED 7–24–1989.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

United States Patent and Trademark Office

Amended

Reg. No. 1,747,765

Registered Jan. 19, 1993

OG Date Jan. 28, 2003

## TRADEMARK
## PRINCIPAL REGISTER

## BURBERRY

BURBERRY LIMITED (UNITED KING-
DOM CORPORATION)
18-20 HAYMARKET
LONDON, UNITED KINGDOM SW1Y
4DQ, BY CHANGE OF NAME BUR-
BERRYS LIMITED (UNITED KING-
DOM LIMITED LIABILITY
COMPANY), LONDON, SW1Y 4DQ,
ENGLAND
OWNER OF U.S. REG. NOS. 260,843,
1,696,883 AND OTHERS.

FOR: WATCHES, CLOCKS AND
PARTS AND FITTINGS FOR ALL THE
AFORESAID GOODS, ESPECIALLY
WRIST WATCHES AND STRAPS AND
BRACELETS THEREFOR, AND CUFF
LINKS, IN CLASS 14 (U.S. CLS. 27 AND
28).

FIRST USE 0-0-1979; IN COMMERCE
0-0-1979.

SER. NO. 74-800,890, FILED 7-20-1990.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Jan. 28, 2003.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

Reg. No. 1,903,508
Registered July 4, 1995

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18-22, HAYMARKET
LONDON, ENGLAND SW1Y 4DQ

FOR: WATCHES AND PARTS THEREFOR; STRAPS, BRACELETS FOR WRIST WATCHES; JEWELERY, COSTUME JEWELERY; TIE PINS AND CUFFS LINKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0–0–1929; IN COMMERCE 0–0–1929.

OWNER OF U.S. REG. NOS. 756,953, 863,179, AND OTHERS.

THE MARK CONSISTS, IN PART, OF A DESIGN OF AN EQUESTRIAN KNIGHT HOLDING A SHIELD BEARING THE LETTER "B" AND A LANCE WITH A BANNER BEARING THE LETTER "B" AND THE WORD "PRORSUM".

THE ENGLISH TRANSLATION OF "PRORSUM" IS "FORWARDS".

SN 74–080,097, FILED 7–20–1990.

LALITHA MANI, EXAMINING ATTORNEY

Int. Cls.: **18, 24, 25 and 28**

Prior U.S. Cls.: **1, 2, 3, 22, 23, 38, 39, 41, 42 and 50**

Reg. No. **2,022,789**

## United States Patent and Trademark Office

Registered Dec. 17, 1996

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18–22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

FOR: SUITCASES, TRAVELING BAGS, HOL-DALLS, SUIT AND GARMENT CARRIERS FOR TRAVEL, ATTACHE CASES, DOCUMENT CASES, BRIEFCASES, PURSES, DRAWSTRING POUCHES, WALLETS, BILLFOLDS, PASSPORT HOLDERS, KEY CASES, HANDBAGS, SHOULDER BAGS, CREDIT CARD CASES, BUSINESS CARD CASES, TOILET BAGS SOLD EMPTY, TOILET CASES SOLD EMPTY, SHAVING BAGS SOLD EMPTY, TIE CASES FOR TRAVEL, UMBRELLAS AND PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0–0–1969; IN COMMERCE 0–0–1974.

FOR: TRAVELING COMFORTER, NAMELY, FABRIC BLANKET-LIKE ARTICLES FOR KEEPING WARM, E.G., WHEN TRAVELING IN COLD CLIMATES, OR FOR USE AS A STADIUM BLANKET , IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 3–0–1976; IN COMMERCE 0–0–1976.

FOR: CLOTHING FOR MEN AND WOMEN, NAMELY, SCARVES, PULLOVERS, CARDIGANS, SWEATERS, OVERCOATS, RAINCOATS, SHIRTS, BELTS; SLIPPERS FOR MEN, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3–1–1923; IN COMMERCE 7–1–1924.

2                                   2,022,789

FOR: GOLF BAGS, GOLF CLUB COVERS, GOLF BALL HOLDERS, CASES CONTAINING GOLF BALLS, GOLF TEES AND GOLF MARKERS, CASES FOR HOLDING SCORE CARDS, PENS AND PENCILS FOR USE IN GOLF , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

OWNER OF U.S. REG. NOS. 1,241,222 AND 1,855,154.

THE FOLLOWING COLORS AND SHADES OF COLORS ARE CLAIMED AS FEATURES OF THE MARK: LIGHT TAN, DARK TAN, LIGHT BROWN, DARK BROWN, BLACK, WHITE, VERY DARK RED, DARK RED, MEDIUM RED, LIGHT RED, DARK GRAY, MEDIUM GRAY AND LIGHT GRAY. THE COLOR LINING SYMBOLS FOR RED, BROWN AND GRAY ARE SHOWN IN THE DRAWING.

THE MARK CONSISTS OF A RED, BROWN, GRAY, BLACK, AND WHITE PLAID PATTERN APPLIED UNIFORMLY OVER THE GOODS OR SIGNIFICANT PARTS THEREOF. THE BROKEN LINES IN THE DRAWING ARE NOT A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 74-532,896, FILED 6-3-1994.

ANDREW LAWRENCE, EXAMINING ATTORNEY

Int. Cls.: **3 and 18**

Prior U.S. Cls.: **1, 2, 3, 4, 6, 22, 41, 50, 51 and 52**

**Reg. No. 2,512,119**

# United States Patent and Trademark Office

Registered Nov. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: NON-MEDICATED TOILET PREPARATIONS, NAMELY, PERFUMES, EAU DE COLOGNE, AND TOILET WATER, ESSENTIAL OILS FOR PERSONAL USE, COSMETIC PREPARATIONS FOR THE TEETH AND FOR THE HAIR, NAMELY, TOOTHPASTES, SHAMPOOS, CONDITIONERS, HAIR SPRAYS, HAIR GELS, SOAPS FOR THE BODY, SHOWER GELS AND BATH GELS AND BATH FOAMS; ANTIPERSPIRANTS AND DEODORANTS; SHAVING PREPARATIONS AND POT POURRI, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: ARTICLES OF LUGGAGE, NAMELY, SUITCASES, ATHLETIC AND SPORT BAGS, BEACH BAGS, CARRY-ON BAGS, CLUTCH BAGS, DUFFEL AND GYM BAGS, OVERNIGHT BAGS, SCHOOL BOOK BAGS, SHOULDER BAGS, TOTE BAGS, GARMENT BAGS FOR TRAVEL, CARRYALL BAGS, TRAVELING BAGS, HAND BAGS, LEATHER BAGS FOR COMPUTERS AND CAMERAS; WALLETS AND PURSES; TOILETRY BAGS SOLD EMPTY AND COSMETIC BAGS SOLD EMPTY; BRIEF CASES, SATCHELS AND PORTFOLIOS; CASES FOR PERSONAL ORGANIZERS AND FOR MOBILE TELEPHONES; PARASOLS, UMBRELLAS, WALKING STICKS; LEATHER KEY FOBS, LEATHER KEY HOLDERS, AND DOG COATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 2225878, FILED 3-15-2000, REG. NO. 2225878, DATED 3-15-2000, EXPIRES 3-15-2010.

OWNER OF U.S. REG. NOS. 93,819, 1,903,508 AND OTHERS.

SER. NO. 76-069,307, FILED 6-13-2000.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,610,329

## United States Patent and Trademark Office

Registered Aug. 20, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## PRORSUM

BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: CLOTHING, NAMELY, FOOTWEAR, RAIN-COATS, BLOUSONS, CASUAL COATS, POLO SHIRTS, BLOUSES, DRESSES, SKIRTS, JACKETS, TROUSERS, SUITS, SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-1-1999; IN COMMERCE 4-1-1999.

OWNER OF U.S. REG. NOS. 93,819, 1,622,186, AND OTHERS.

SN 75-982,209, FILED 7-23-1999.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,612,272

Registered Aug. 27, 2002

## SERVICE MARK
### PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, ACCESSORIES, SHOES, LUGGAGE, LEATHER GOODS AND FRAGRANCES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-1995; IN COMMERCE 4-0-1995.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789 AND OTHERS.

THE LINING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

THE MARK CONSISTS OF A DESIGN USED IN WHOLE AND IN PART IN THE SALE AND ADVERTISING OF THE SERVICES. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SEC. 2(F).

SER. NO. 76-255,090, FILED 5-10-2001.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,624,684
Registered Sep. 24, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

# BURBERRY

BURBERRY LIMITED (UNITED KINGDOM
    CORPORATION)
10 ST. ALBANS STREET
LONDON SW1Y 4DO, UNITED KINGDOM

FOR: RETAIL STORE SERVICES FEATURING
CLOTHING, WATCHES, SUNGLASSES, ACCESSOR-
IES, SHOES, LUGGAGE, LEATHER GOODS AND
FRAGRANCES, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 0-0-1891; IN COMMERCE 0-0-1978.

OWNER OF U.S. REG. NOS. 259,571, 1,828,277 AND
OTHERS.

SER. NO. 76-329,199, FILED 10-24-2001.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 2,654,697

Registered Nov. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## PRORSUM

BURBERRY, LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: ARTICLES OF LUGGAGE, NAMELY, SUITCASES, ATHLETIC AND SPORT BAGS, BEACH BAGS, CARRY-ON BAGS, CLUTCH BAGS, DUFFEL AND GYM BAGS, OVERNIGHT BAGS, SCHOOL BOOK BAGS, SHOULDER BAGS, TOTE BAGS, GARMENT BAGS FOR TRAVEL, CARRYALL BAGS, TRAVELING BAGS, HAND BAGS, LEATHER BAGS FOR COMPUTERS AND CAMERAS; WALLETS AND PURSES; TOILETRY BAGS SOLD EMPTY AND COSMETIC BAGS SOLD EMPTY; BRIEF CASES, SATCHELS AND PORTFOLIOS; CASES FOR PERSONAL ORGANIZERS AND FOR MOBILE TELEPHONES; PARASOLS, UMBRELLAS, WALKING STICKS; LEATHER KEY FOBS, LEATHER KEY HOLDERS, AND DOG COATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-1-1999; IN COMMERCE 4-1-1999.

OWNER OF U.S. REG. NOS. 93,819, 1,622,186, AND OTHERS.

SN 75-759,366, FILED 7-23-1999.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Renewal

Reg. No. 510,077

Registered May 24, 1949

OG Date Oct. 24, 1989

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KING-DOM CORPORATION)
18/22 HAYMARKET
LONDON, ENGLAND SW1Y 4DQ

OWNER OF GREAT BRITAIN REG NO. 405315, DATED 6–18–1920.
OWNER OF U.S. REG. NOS. 259,571, 261,141 AND OTHERS.
SEC. 2(F).

FOR: CLOTHING—NAMELY, COATS AND TOPCOATS FOR MEN, WOMEN, AND CHILDREN; JACKETS FOR MEN, WOMEN, AND CHILDREN; BREECHES FOR MEN AND BOYS; SUITS FOR MEN AND BOYS; [RIDING HABITS FOR WOMEN AND GIRLS;] WAISTCOATS FOR MEN, WOMEN, AND CHILDREN; [GAITERS FOR MEN, WOMEN, AND CHILDREN; LEGGINGS FOR MEN, WOMEN, AND CHILDREN; OVERALLS FOR MEN, WOMEN, AND CHILDREN;] SKIRTS FOR OUTER WEAR FOR WOMEN AND CHILDREN; [FUR COATS AND FUR JACKETS FOR MEN, WOMEN, AND CHILDREN;] CAPES FOR MEN, WOMEN, AND CHILDREN; HATS AND CAPS FOR MEN, WOMEN, AND CHILDREN; HELMETS FOR MEN AND WOMEN; BONNETS, HOODS, AND TOQUES FOR MEN, WOMEN, AND CHILDREN; NECKTIES FOR MEN, WOMEN AND CHILDREN; STOCKINGS AND SOCKS FOR MEN, WOMEN, AND CHILDREN; BRACES AND SUSPEND-ERS FOR MEN, WOMEN, AND CHIL-DREN; BELTS FOR OUTER WEAR FOR MEN, WOMEN, AND CHILDREN; BELTS FOR OUTER WEAR FOR MEN, WOMEN, AND CHILDREN: BOOTS FOR MEN, WOMEN, AND CHILDREN, OF LEATHER AND RUBBER OR COMBI-NATIONS OF THESE MATERIALS; SHOES AND SLIPPERS FOR MEN, WOMEN, AND CHILDREN; OF LEATH-ER, RUBBER, AND FABRIC OR COMBI-NATIONS OF THESE MATERIALS; [UN-DERWEAR OF KNITTED AND TEX-TILE FABRIC FOR MEN, WOMEN, AND CHILDREN;] GLOVES FOR MEN, WOMEN, AND CHILDREN OF LEATH-ER AND FABRIC, IN CLASS 39 (INT. CL. 25).

FIRST USE 0–0–1903; IN COMMERCE 0–0–1903.

SER. NO. 539,645, FILED 10–31–1947.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 24, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 9 and 14

Prior U.S. Cls.: 2, 21, 23, 26, 27, 28, 36, 38, and 50

Reg. No. 2,875,336

## United States Patent and Trademark Office

Registered Aug. 17, 2004

### TRADEMARK
### PRINCIPAL REGISTER

# BURBERRY

BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

FOR: SUNGLASSES, COMBINED SUNGLASSES AND GOGGLES, GOGGLES, SPECTACLES, OPTICAL GLASSES, FITTED FRAMES AND LENSES FOR THE AFORESAID GOODS; CASES AND HOLDERS FOR THE AFORESAID GOODS; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; CASES AND HOLDERS FOR PORTABLE COMPUTERS AND MOBILE TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1987; IN COMMERCE 1-0-1995.

FOR: WATCHES, CLOCKS AND PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS,

WRIST WATCHES AND STRAPS AND BRACELETS THEREFOR AND POCKET WATCHES, JEWELRY, IMITATION JEWELLERY, TIE-PINS AND CUFF LINKS; AND JEWELRY BOXES, SNUFF BOXES, HAT AND SHOE ORNAMENTS ALL MADE OF PRECIOUS METAL OR COATED THEREWITH, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1984; IN COMMERCE 0-0-1997.

OWNER OF U.S. REG. NOS. 259,571, 1,828,277, AND OTHERS.

SN 76-415,046, FILED 5-30-2002.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

Int. Cl.: **14**

Prior U.S. Cls.: **27 and 28**

**Reg. No. 1,855,154**

# United States Patent and Trademark Office

Registered Sep. 20, 1994

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18–22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

FOR: WATCHES, CLOCKS, AND PARTS THEREFOR; STRAPS, BRACELETS FOR WRIST WATCHES; POCKET WATCHES; JEWELLERY; COSTUME JEWELLERY, TIE PINS, CUFF LINKS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 0–0–1982; IN COMMERCE 0–0–1982.

OWNER OF U.S. REG. NO. 1,393,979.

THE DRAWING IS LINED FOR THE COLORS AND SHADES OF LIGHT TAN, DARK TAN, LIGHT BROWN, DARK BROWN, BLACK, WHITE, VERY DARK RED, DARK RED, MEDIUM RED, LIGHT RED, DARK GRAY, MEDIUM GRAY AND LIGHT GRAY.

SN 74–237,110, FILED 1–13–1992.

VIVIAN MICZNIK FIRST, EXAMINING AT-TORNEY

Int. Cls.: 3, 18, and 25

Prior U.S. Cls.: 1, 2, 3, 4, 6, 22, 39, 41, 50, 51, and 52

**Reg. No. 2,732,617**

## United States Patent and Trademark Office

Registered July 1, 2003

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: PERFUMES, EAU DE TOILETTES, EAU DE PARFUMS; BODY LOTION, SOAPS; PERSONAL DEODORANTS; AFTERSHAVE; SHAMPOO FOR THE HAIR AND FOR THE BODY; SHOWER GELS; BATH GELS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.

FOR: ARTICLES OF LUGGAGE, NAMELY, SUITCASES, ATHLETIC AND SPORT BAGS, BEACH BAGS, CARRY-ON BAGS, CLUTCH BAGS, DUFFEL AND GYM BAGS; OVERNIGHT BAGS; SCHOOL BOOK BAGS, SHOULDER BAGS, TOTE BAGS, GARMENT BAGS FOR TRAVEL, CARRYALL BAGS, TRAVELING BAGS, HAND BAGS, LEATHER BAGS FOR COMPUTERS AND CAMERAS; WALLETS AND PURSES; TOILETRY BAGS SOLD EMPTY AND COSMETICS BAGS SOLD EMPTY; BRIEF CASES, SATCHELS AND PORTFOLIOS; PARASOLS, UMBRELLAS, WALKING STICKS; LEATHER KEY FOBS, LEATHER KEY HOLDERS, AND DOG COATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1974.

FOR: ARTICLES OF OUTERCLOTHING, NAMELY, COATS, OVERCOATS, TRENCH COATS, CA-

SUAL COATS, RAINCOATS, JACKETS AND BLOUSONS, POLOSHIRTS, BLOUSES, DRESSES, PYJAMAS, KNITWEAR NAMELY, JUMPERS, SWEATERS, GILETS, KNITTED SHIRTS, KNITTED SKIRTS AND KNITTED SCARVES; AND SHORTS, TROUSERS, SUITS, SKIRTS, UNDERCLOTHES, HOSIERY, HEADWEAR, FOOTWEAR, SPORTS CLOTHING NAMELY, SPORTS TROUSERS, SPORTS SHORTS, SPORTS SHIRTS, SPORTS JACKETS, SPORTS FOOTWEAR; TRACKSUITS, GARMENTS THAT CAN BE ATTACHED TO OR DETACHED FROM COATS, RAINCOATS, TRENCH COATS, OR CASUAL COATS FOR ADDITIONAL WARMTH; TIES, BELTS, WRAPS, SERAPES, SCARVES, SHAWLS AND STOLES, GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-1923; IN COMMERCE 7-1-1924.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789, AND OTHERS.

THE LINING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR. THE COLORS BLACK AND WHITE ARE NOT CLAIMED AS PART OF THE MARK.

THE MARK CONSISTS OF A DESIGN USED IN WHOLE AND IN PART ON OR IN CONNECTION WITH THE GOODS. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SEC. 2(F).

SN 76-069,308, FILED 6-13-2000.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,845,852
Registered May 25, 2004

# TRADEMARK
## PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: SUNGLASSES, SPECTACLES, OPTICAL GLASSES; FITTED FRAMES AND LENSES FOR THE AFORESAID GOODS; CASES AND HOLDERS FOR THE AFORESAID GOODS; CARRYING CASES AND HOLDERS FOR PORTABLE COMPUTERS AND MOBILE TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1987; IN COMMERCE 1-0-1995.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789, AND OTHERS.

THE MARK IS LINED FOR THE COLORS TAN, BLACK, GRAY, WHITE AND RED. THE VERTICAL LINES ARE FOR THE COLOR RED. THE DIAGONAL LINES ARE FOR THE COLOR TAN AND THE HORIZONTAL DASHED LINES ARE FOR THE COLOR GRAY.

THE MARK CONSISTS OF A PATTERN APPLIED IN WHOLE OR IN PART ON OR IN CONNECTION WITH THE GOODS. THE BROKEN LINES IN THE PERIMETER SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SN 76-424,106, FILED 6-20-2002.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cls.: 18, 20, 21, 24, 25, 28 and 35

Prior U.S. Cls.: 1, 2, 3, 13, 22, 23, 25, 29, 30,
32, 33, 38, 39, 40, 41, 42, 50, 100, 101 and 102

Reg. No. 3,529,814

United States Patent and Trademark Office

Registered Nov. 11, 2008

Amended

OG Date Sep. 22, 2009

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KING-
DOM CORPORATION)
HORSEFERRY HOUSE, HORSEFERRY
ROAD
LONDON SW1P 2AW, UNITED KING-
DOM
OWNER OF ERPN CMNTY TM OFC
REG. NO. 1591601, DATED 2-15-2002.
OWNER OF ERPN CMNTY TM OFC
REG. NO. 3940442, DATED 9-27-2005.
OWNER OF U.S. REG. NOS. 2,015,462,
2,845,852 AND OTHERS.
THE COLOR(S) TAN, BLACK, WHITE,
RED AND SHADES THEREOF IS/ARE
CLAIMED AS A FEATURE OF THE
MARK.
THE MARK CONSISTS OF A TAN
BACKGROUND, LIGHT TAN VERTICAL
AND HORIZONTAL LINES, BLACK VER-
TICAL AND HORIZONTAL LINES,
WHITE SQUARES, AND RED VERTICAL
AND HORIZONTAL LINES, FORMING A
PLAID PATTERN. THE MARK ALSO
CONSISTS OF A REPEATING CHECK
DESIGN APPLIED IN WHOLE OR IN
PART ON OR IN CONNECTION WITH
THE GOODS OR SERVICES. THE MARK
IS NOT LIMITED TO POSITION OR
PLACEMENT.

SEC. 2(F).

FOR: CLOTHING FOR PETS,
LEASHES AND COLLARS FOR PETS,
PET CARRIERS, IN CLASS 18 (U.S. CLS.
1, 2, 3, 22 AND 41).

FOR: PICTURE FRAMES, PET BEDS
AND CUSHIONS; CUSHIONS, PICNIC
BASKETS, HAMPERS, DECK CHAIRS
AND FOLDING CHAIRS, DOOR STOPS
OF PLASTIC, HANGERS FOR CLOTHES,
NON-METAL KEY FOBS, IN CLASS 20
(U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: GLASS, CRYSTAL, PORCELAIN
AND EARTHENWARE PRODUCTS,
NAMELY, BOWLS, NON-METAL CAN-
DLE HOLDERS, VASES, CROCKERY,
NAMELY, BUTTER DISHES, GRAVY
BOATS, MILK JUGS, PITCHERS, SER-
VING PLATTERS, AND SUGAR BOWLS,
DINNERWARE, PLATES, BOWLS, CUPS,
MUGS, TEAPOTS, COFFEE POTS, TEA
SETS, JUGS, SAUCERS, GLASSES AND
STEMWARE, CAKE STANDS, CARAFES,
WINE BUCKETS, ICE BUCKETS, EGG
CUPS, SALT AND PEPPER SHAKERS,

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 22, 2009.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

GOODS OF PRECIOUS METALS, NAMELY, VASES, TEA SERVICES, SALT AND PEPPER SHAKERS, NAPKIN RINGS, CANDLE HOLDERS, SERVING TRAYS, BOWLS, FLASKS, PET BOWLS, COASTERS, POWDER COMPACTS SOLD EMPTY; NON-METAL BOXES OF GLASS, CRYSTAL OR EARTHENWARE, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50). .

FOR: BED LINEN, BATH LINEN, TABLE LINEN, BLANKETS, THROWS, PICNIC BLANKETS, BEACH TOWELS, GOLF TOWELS, CURTAINS, FURNITURE COVERINGS, CUSHION COVERS, HANDKERCHIEFS, PET BLANKETS, TEXTILE USED AS LININGS FOR CLOTHING AND ACCESSORIES, LABELS OF TEXTILE; FABRICS FOR USE IN THE MANUFACTURE OF CLOTHING, FOOTWEAR, HEADWEAR, HOSIERY, BELTS, BAGS, CASES, HOLDERS AND KEY RINGS, UMBRELLAS, WATCHES, JEWELRY, ANIMAL CLOTHING, COLLARS, LEASHES, BED LINENS, TABLE LINENS, BATH LINENS, TOWELS, BLANKETS, THROWS, IN CLASS 24 (U.S. CLS. 42 AND 50). .

FOR: COATS, DETACHABLE COAT LININGS, RAINWEAR, PONCHOS, JACKETS, GILETS, JERSEYS, JUMPERS, SWEATERS, BLOUSES, SHIRTS, POLO SHIRTS, T-SHIRTS, SINGLETS, VESTS, TANK TOPS, WAISTCOATS, SUITS, DRESSES, SKIRTS, APRONS, TROUSERS, JEANS, SHORTS, SKI WEAR, SPORTS JACKETS, SPORTS JERSEYS, SPORTS SHIRTS, SPORTS TROUSERS, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, TRACKSUITS, TENNIS WEAR, WATERPROOF CLOTHING, NAMELY,

COATS, JACKETS, AND TROUSERS, BIKINIS, SARONGS, SWIMWEAR, BATHROBES, BOXER SHORTS, LINGERIE, LOUNGEWEAR, NIGHTWEAR, UNDERGARMENTS, TIES, CRAVATS, FOOTWEAR, SHOES, BOOTS, ATHLETIC FOOTWEAR, SLIPPERS, BALLET SLIPPERS, HOSIERY, SOCKS, LEGGINGS, CAPS, BANDANAS, HATS, HEAD SCARVES, KNITTED HATS, VISORS, BELTS, GLOVES, MUFFLERS, SCARVES, SHAWLS, STOLES, PASEMINAS, CHILDREN'S AND INFANT'S CLOTHING, NAMELY, COATS, JACKETS, PONCHOS, JERSEYS, SWEATERS, BLOUSES, SHIRTS, T-SHIRTS, SINGLETS, VESTS, TANK TOPS, WAISTCOATS, SUITS, DRESSES, SKIRTS, TROUSERS, JEANS, SHORTS, CHILDREN'S HEADWEAR, CHILDREN'S SWIMWEAR, CHILDREN'S NIGHTWEAR, TIGHTS, CHILDREN'S UNDER GARMENTS, AND ONE-PIECE CLOTHING, HEADWEAR, FOOTWEAR, CLOTH BIBS, TEXTILE NAPPIES, IN CLASS 25 (U.S. CLS. 22 AND 39). .

FOR: TEDDY BEARS, CLOTHING FOR TOYS, CHRISTMAS TREE ORNAMENTS AND DECORATIONS EXCEPT CONFECTIONERY OR ILLUMINATION ARTICLES, BABY RATTLES, PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50). .

FOR: RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, ACCESSORIES, FOOTWEAR, HEADGEAR, LUGGAGE, LEATHER GOODS, TIMEPIECES, JEWELRY, EYEWEAR AND FRAGRANCES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102). .

SER. NO. 77-209,954, FILED 6-19-2007.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 22, 2009.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cls.: 3, 4, 9, 14, 16, 18, 20, 21, 24, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 13, 15, 21, 22, 23, 25, 26, 27, 28, 29, 30, 32, 33, 36, 37, 38, 39, 40, 41, 42, 50, 51 and 52

Reg. No. 3,202,484

**United States Patent and Trademark Office**

Registered Jan. 23, 2007

Corrected

OG Date June 26, 2007

## TRADEMARK
## PRINCIPAL REGISTER

# BURBERRY LONDON

BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM
THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.
OWNER OF U.S. REG. NOS. 259,571, 2,875,336 AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LONDON", APART FROM THE MARK AS SHOWN.

FOR: NON-MEDICATED TOILET PREPARATIONS, NAMELY*,* PERFUMES, EAU DE COLOGNE AND TOILET WATER*;*[, ]SHAMPOOS, SOAPS FOR THE BODY, SHOWER GELS AND BATH GELS, ANTI-PERSPIRANTS AND DEODORANTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).
FIRST USE 3-0-1995; IN COMMERCE 12-0-1996.

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 1-0-2002; IN COMMERCE 10-0-2002.

FOR: CASES AND HOLDERS FOR PORTABLE COMPUTERS AND MOBILE TELEPHONES; BAGS FOR COMPUTERS AND CAMERAS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
FIRST USE 1-0-2002; IN COMMERCE 1-0-2002.

FOR: CLOCKS, JEWELRY, TIE-PINS AND CUFF LINKS; ARTICLES MADE OF PRECIOUS METALS OR COATED THEREWITH, NAMELY, BOXES AND CASES FOR CIGARS, CIGARETTES, TISSUES, CANDY, JEWELRY, MONEY, PILLS, TRINKETS AND WATCHES*;*[, ]CANDLE STICKS AND HOLDERS, ICE TONGS, KEY RINGS, TRAYS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

FOR: WRITING PAPER, PAPER ARTICLES, NAMELY *,*ENVELOPES, GIFT TAGS, WRAPPING AND PACKAGING MATERIALS, NAMELY *,*GIFT PAPER,

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 26, 2007.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

GIFT BAGS; PRINTED MATTER, NAMELY ** CATALOGUES FEATURING CLOTHING, HANDBAGS AND OTHER LUXURY ITEMS; ADDRESS BOOKS; STATIONERY, PENCILS, GREETING [CARDS , NOTE BOOKS] *CARDS AND NOTEBOOKS*, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-0-2002; IN COMMERCE 10-0-2002.

FOR: ARTICLES OF LUGGAGE, NAMELY, SUITCASES, ATHLETIC AND [SPORT] * SPORTS* BAGS, BEACH BAGS, CARRY-ON BAGS, CLUTCH BAGS, DUFFEL AND GYM BAGS, OVERNIGHT BAGS, SCHOOL BOOK BAGS, TOTE BAGS, GARMENT BAGS FOR TRAVEL, CARRYALL BAGS, TRAVELING BAGS, HOLDALLS, HANDBAGS, AND SHOULDER BAGS; WALLETS, PURSES; TOILETRIES AND COSMETIC BAGS SOLD EMPTY, BRIEFCASES, SATCHELS AND BRIEFCASE-TYPE PORTFOLIOS, CASES FOR PERSONAL ORGANIZERS AND DIARIES, PARASOLS, UMBRELLAS, WALKING STICKS; DOG COATS, COLLARS AND LEADS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

FOR: PICTURE FRAMES; NON-METAL BOXES, NAMELY, GLASS, CRYSTAL, AND EARTHENWARE BOXES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-0-2002; IN COMMERCE 10-0-2002.

FOR: GLASSWARE AND CRYSTAL WARE AND EARTHENWARE PRODUCTS, NAMELY, BOWLS, CANDLE HOLDERS NOT OF PRECIOUS METAL, CROCKERY AND TABLEWARE, NAMELY, PLATES, BOWLS, CUPS, MUGS, TEA POTS, JUGS, [AND ]SAUCERS, DRINKING VESSELS, STEM-WARE, NAMELY, WINE GLASSES, FLUTES, BRANDY GLASSES, AND LIQUEUR GLASSES, VASES, TEA SETS AND TEA POTS NOT OF PRECIOUS METAL, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-0-2002; IN COMMERCE 10-0-2002.

FOR: TABLE COVERS, NAMELY, TABLE LINENS AND TABLE CLOTHS NOT OF PAPER; PILLOW CASES, COMFORTERS AND BED BLANKETS; CLOTHING LABELS OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 10-0-2002; IN COMMERCE 10-0-2002.

FOR: ARTICLES OF OUTERCLOTHING, NAMELY, COATS, OVERCOATS, TRENCH COATS, CASUAL COATS, RAINCOATS, JACKETS AND BLOUSONS, SHIRTS, POLO SHIRTS, BLOUSES, DRESSES, PAJAMAS, INTIMATE APPAREL, NAMELY, LINGERIE; SLEEPWEAR AND LOUNGEWEAR; KNITWEAR, NAMELY, JUMPERS AND SWEATERS, GILETS, KNITTED SHIRTS, KNITTED SKIRTS AND KNITTED SCARVES; SHORTS, TROUSERS, SUITS, SKIRTS, UNDERCLOTHES, HOSIERY, HEADWEAR, FOOTWEAR, SPORTS CLOTHING, NAMELY, SPORTS TROUSERS, SPORTS SHORTS, SPORTS SHIRTS, AND SPORTS JACKETS; SPORTS FOOTWEAR; TRACKSUITS, READY-MADE LININGS SOLD AS COMPONENT PARTS OF COATS, RAINCOATS, TRENCH COATS AND CASUAL COATS; TIES, BELTS AND WRAPS AS CLOTHING, SERAPES, SCARVES, SHAWLS AND STOLES, GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

FOR: DECORATIONS FOR CHRISTMAS TREES; TOYS, NAMELY, BABIES RATTLES, PLAYING CARDS AND BOARD GAMES; TEDDY BEARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-0-2000; IN COMMERCE 10-0-2000.

SER. NO. 76-564,751, FILED 12-11-2003.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 26, 2007.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cls.: 9 and 14

Prior U.S. Cls.: 2, 21, 23, 26, 27, 28, 36, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,952,399
Registered May 17, 2005

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)

18-22 HAYMARKET

LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: SUNGLASSES, COMBINED SUNGLASSES AND GOGGLES, GOGGLES, SPECTACLES, OPTICAL GLASSES, FITTED FRAMES AND LENSES FOR THE AFORESAID GOODS; CASES AND HOLDERS FOR THE AFORESAID GOODS; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; COMPUTER CARRYING CASES AND SPECIALTY HOLSTERS AND CASES FOR CARRYING MOBILE TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1987; IN COMMERCE 1-0-1995.

FOR: WATCHES, CLOCKS AND PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, WRIST WATCHES AND STRAPS AND BRACELETS THEREFOR AND POCKET WATCHES, JEWELRY, IMITATION JEWELRY, TIE-PINS AND CUFF LINKS; AND JEWELRY BOXES, SNUFF BOXES, HAT AND SHOE ORNAMENTS, ALL MADE OF PRECIOUS METAL OR COATED THEREWITH, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1994; IN COMMERCE 1-0-1995.

OWNER OF U.S. REG. NOS. 93,819, 2,654,697, AND OTHERS.

SN 76-444,133, FILED 8-22-2002.

DOUGLAS LEE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# BURBERRY

**Reg. No. 3,879,249**

**Registered Nov. 23, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

BURBERRY LIMITED (UNITED KINGDOM REGISTERED COMPANY)
HORSEFERRY HOUSE,
HORSEFERRY ROAD, LONDON SW1P 2AW
UNITED KINGDOM

FOR: ARTICLES OF OUTER CLOTHING, NAMELY, COATS, JACKETS, RAINWEAR, PONCHOS, GILETS, DETACHABLE COAT LININGS, RAINCOATS, BLOUSONS, CASUAL COATS, POLO SHIRTS, BLOUSES, DRESSES, PYJAMAS, KNITWEAR, NAMELY, JERSEYS, JUMPERS, CARDIGANS, SWEATERS, KNITTED LEGGINGS, SHORTS, TROUSERS, SUITS, SKIRTS, JACKETS; ARTICLES OF UNDERCLOTHING, NAMELY, BOXER SHORTS, LINGERIE, LOUNGEWEAR, NIGHTWEAR, UNDERWEAR, UNDERGARMENTS, HOSIERY, HEADWEAR; FOOTWEAR; SPORTS CLOTHING, NAMELY, SKI WEAR, SPORTS JACKETS, SPORTS JERSEYS, SPORTS SHIRTS, SPORTS TROUSERS, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, TRACKSUITS, TENNIS WEAR, SWIMWEAR; SPORTS FOOTWEAR; TRACKSUITS; READY-MADE LININGS, NAMELY, FINISHED TEXTILE LININGS FOR GARMENTS; TIES; CLOTHING BELTS; WRAPS; SERAPES; SCARVES; SHAWLS AND STOLES; GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 0733385 DATED 4-25-2000, EXPIRES 4-25-2020.

OWNER OF U.S. REG. NOS. 260,843, 2,624,684 AND OTHERS

SER. NO. 79-074,456, FILED 9-22-2009.

TINA BROWN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office