# EXHIBIT 3A

## Burberry-OutletSale.net



Burberry Outlet Online Sale 79% Off,Burberry On Sale Store

◄  +  http://www.burberry-outletsale.net/                                    ℃   🔍

↩ 📖 ▦ Clio  PACER  WestlawNext  MyFaxCentral-Home  USPTO – Trademarks  Popular▾

## Burberry Outlet

0 item(s) - $0.00

Currencies: US Dollar

| Home | New Products | Featured Products | Burberry Coats | Register | Discount Coupons | Product Search |



### Categories

Burberry Handbags
Burberry Scarf
Burberry New Arrivals
Burberry Women Winter Coats
Burberry Men Long T-Shirt
Burberry Shirt

**Burberry sale** many stars's favorite bags.**Burberry outlet** the plaid is burberry's feature and plaid has always been the classic.Burberry online sale discount price guarantee quality,a variety kinds of styles for you to choose.You might need to acquire a gift for upcoming event and the burberry bags may be one of your good options.

As Christmas is around the corner,our products are            and have a discount of            extra the following:

    OFF discount for $120, coupon code:

Burberry Outlet Online Sale 79% Off,Burberry On Sale Store

http://www.burberrysoutletonline.info/

Clio   PACER   WestlawNext   MyFaxCentral–Home   USPTO – Trademarks   Popular▾



**Categories**

Burberry Handbags

Burberry Scarf

Burberry New Arrivals

Burberry Women Winter Coats

Burberry Men Long T-Shirt

Burberry Shirt

**Burberry sale** many stars's favorite bags.**Burberry outlet** the plaid is burberry's feature and plaid has always been the classic.Burberry online sale discount price guarantee quality,a variety kinds of styles for you to choose.You might need to acquire a gift for upcoming event and the burberry bags may be one of your good options.

As Christmas is around the corner,our products are free shipping and have a discount of over 30% OFF extra the following:
$10 OFF discount for $120, coupon code:
$15 OFF discount for $180, coupon code:

# EXHIBIT 3C

# John Doe 1

# BurberryOutlet-Sale.us

http://www.burberryoutlet-sale.us/

Clio   PACER   WestlawNext   MyFaxCentral-Home   USPTO - Trademarks   Popular▾

*Burberry Outlet*

Currencies: US Dollar

Product Search

0 item(s) - $0.00

**Home**   **New Products**   **Featured Products**   **Burberry Coats**   **Register**   **Discount Coupons**



**Categories**

Burberry Handbags
Burberry Scarf
Burberry New Arrivals
Burberry Women Winter Coats
Burberry Men Long T-Shirt

**Burberry sale** many stars's favorite bags.**Burberry outlet** the plaid is burberry's feature and plaid has always been the classic.Burberry online sale discount price guarantee quality,a variety kinds of styles for you to choose.You might need to acquire a gift for upcoming event and the burberry bags may be one of your good options.

Our products are ......... and have a discount of ................. extra the following:
... OFF discount for $120, coupon code: ..........
... OFF discount for $180, coupon code: ...........

Burberry Outlet Online Sale 79% Off.Burberry On Sale Store

http://www.burberryoutlet-sale.us/

Clio   PACER   WestlawNext   MyFaxCentral~Home   USPTO ~ Trademarks   Popular ▾



0 item(s) - $0.00

Currencies:   US Dollar

| Home | New Products | Featured Products | Burberry Coats | Register | Discount Coupons | Product Search |



### Categories

Burberry Handbags

Burberry Scarf

Burberry New Arrivals

Burberry Women Winter Coats

Burberry Men Long T-Shirt

**Burberry sale** many stars's favorite bags.**Burberry outlet** the plaid is burberry's feature and plaid has always been the classic.Burberry online sale discount price guarantee quality,a variety kinds of styles for you to choose.You might need to acquire a gift for upcoming event and the burberry bags may be one of your good options.

Our products are              and have a discount of               extra the following:

       OFF discount for $120, coupon code:

       OFF discount for $180, coupon code:



Burberry Outlet Online Sale 79% Off,Burberry On Sale Store

http://www.burberryoutlet-sale.us/

Clio   PACER   WestlawNext   MyFaxCentral-Home   USPTO – Trademarks   Popular ▾



0 item(s) - $0.00



Currencies:  US Dollar

**Home    New Products    Featured Products    Burberry Coats    Register    Discount Coupons**

Product Search



**Categories**

Burberry Handbags
Burberry Scarf
Burberry New Arrivals
Burberry Women Winter Coats
Burberry Men Long T-Shirt

**Burberry sale** many stars's favorite bags.**Burberry outlet** the plaid is burberry's feature and plaid has always been the classic.Burberry online sale discount price guarantee quality,a variety kinds of styles for you to choose.You might need to acquire a gift for upcoming event and the burberry bags may be one of your good options.

Our products are          and have a discount of           extra the following:
     OFF discount for $120, coupon code:
     OFF discount for $180, coupon code:

EXHIBIT 3D

John Doe 2

BurberryOutletOnline.org

Burberry outlet online burberry scarf burberry bags,burberry sale

◄ ▲ + ⬚ http://www.burberryoutletonline.org/index.php
▼ ⬚ ▦ Clio  PACER  WestlawNext  MyTaxCentral-Home  USPTO – Trademarks  Popular ▸

↩ ↪ ⌂ ⟳ ♡ ⎙

BURBERRY OUTLET ONLINE:SPECIAL OFFER 58% OFF,FAST SHIPPING,PRIME QUALITY!

COMPLEMENTARY SHIPPING . SEE PROMOTION DETAILS
HOME   LOG IN   SHOPPING CART 0 ITEM(S)

BURBERRY

| NEW PRODUCTS | FEATURED PRODUCTS | SPECIALS | ALL PRODUCTS |
| --- | --- | --- | --- |

BURBERRY BAGS        BURBERRY WALLETS     BURBERRY WOVEN CLOTHES   BURBERRY MEN CLOTHES   BURBERRY SHOES
BURBERRY ACCESSORIES

Product Search   Search

New Products For January

FRIENDLY TIPS:

Burberry outlet online burberry scarf burberry bags burberry sale

http://www.burberryoutletonline.org/index.php

Clio PACER WestlawNext MyFaxCentral-Home USPTO - Trademarks Popular ▾

FRIENDLY TIPS:

Burberry Men's Small Grid Shirts in blue and white
$201.36

Burberry Men's Small Grid Shirts in pink and white
$201.36

Burberry Men's Small Grid Shirts in gray and white
$201.36

Burberry Men's Shirts in light green
$183.66

Burberry Men's Small Grid Shirts in red
$183.66

Burberry Men's Shirts in blue
$183.66

Burberry Men's Shirts in light blue
$183.66

Burberry Men's Shirts in deep blue
$183.66

About burberryoutletonline.org
Burberry is a luxury fashion house in England which was founded in 1856 by Thomas Burberry. Its distinctive tartan pattern has become one of its most widely copied trademarks.Burberry is famous for its appeal,patterns,elegant,fashion and high-qualities,which became women's dream brand and wonderful pursuit.
Burberry outlet online provides the best quality but lowest price burberry scarf,burberry bags,burberry wallets and more burberry sale.You can find whatever you need on the website.When you enter the website,you will be charmed by the various burberry products here.As we know,handbags are the necessities for women,you won't miss that even if you have got many yet.as the burberry handbags are so charming and seductive that they make people yeild to them.They are not just a beauty fashion, which are also superhard in the good quality.There do exist many other merits of burberry,which are  waited for you to excavate them.
Charming burberry,fashion to take this expensive burberry online is able for you now on our website!Although you may not be a loyalty fan of burberry,I believe that you will change your minds when you surfing on our fashion burberry outlet!

©2012 BURBERRY LIMITED

HOME  CONDITIONS  PRIVACY  SHIPPINGINFO  SITEMAP

COMPLIMENTARY SHIPPING  SEE PROMOTION DETAILS

EXHIBIT 3E

John Doe 3

BurberryOutlet2011.org

Burberry Outlet - Burberry Sale | Burberry 2011 · 75% Off Free Shipping!

◄ + http://BurberryOutlet2011.org/      ⟳  Q Google

Clio   PACER   WestlawNext   MyFaxCentral-Home   USPTO - Trademarks   Popular ▾

# BURBERRY

Shopping bag     Welcome!    or

Enter search keywords he

HOME    ABOUT US    SHIPPING & RETURN    NEW PRODUCTS    CONTACT US    PRIVACY NOTICE    NEWS

SPECIALS





US Dollar

Started from the United Kingdom, then it be complet...on the U.K and under the brand name, BURBERRY ch... ted me the world famous... Around the world, BURBERRY is the crazy...over BURBERRY is a mature, to they sens to fashion cult after the purpose of brand creation BURBERRY about Burberry

## New Products

Burberry Crossbody Bags

Burberry Handbags

Burberry Men T-Shirt

Burberry Scarf

Burberry Shoulder Bags

Burberry Sunglasses

Burberry Tote Bags



Burberry Haymarket Che... Crossbody... Shoulder Bag White



Burberry Outlet Haymarket Check Shoulder Bag White

Burberry Long...Check Shoulder Bag Black

Shipping & Return :: Burberry Outlet :: Burberry Store :: Burberry 2011 70% Off Free Shipping

http://www.burberryoutlet2011.org/shipping-return-page-11

Clio   PACER   WestlawNext   MyFaxCentral-Home   USPTO - Trademarks   Popular▾

# BURBERRY

**HOME**   **ABOUT US**   **SHIPPING & RETURN**   **NEW PRODUCTS**   **CONTACT US**   **PRIVACY NOTICE**

Shopping bag    Welcome!

Enter search keywords he

**NEWS**

**SPECIALS**

US Dollar

Burberry Crossbody Bags
Burberry Handbags
Burberry Men T-Shirt
Burberry Scarf
Burberry Shoulder Bags
Burberry Sunglasses
Burberry Tote Bags






Shipping & Return

EXHIBIT 3F

John Doe 4

Burberry-Bag-Outlets.com

http://www.burberry-bag-outlets.com/

Clio   PACER   WestlawNext   MyFaxCentral—Home   USPTO – Trademarks   Popular ▾

Burberry Online Store,burberry sale,burberry outlet,burberry scarves,wholesale designer handbags,name brand clothing

# www.burberry-bagsoutlet.com

Search for...   **GO**

SHARE   �F ⊠ ⊡ …

*Log in or Register*

• Home   • New Products   • Specials   • Shipping   • Payment   • Contact Us

**Categories**

2011 Burberry Scraves
Promotional Products
Burberry Handbags
2012 Burberry Bags
Burberry Wallets
Burberry Scarves
Burberry Shawls
Burberry Clothing
Burberry Jeans
2011 Burberry Outlet
2011 Burberry Sunglasses
2011 Burberry Wallets
Burberry Belts
Burberry Child Clothing
Burberry Hats
Burberry Jewelry
Burberry Man Bags
Burberry Perfume

Contact Us/Burberry Online Store-burberry sale,burberry outlet,burberry scarves,wholesale designer handbags,name brand clothing

http://www.burberry-bag-outlets.com/contact_us.html

Clio  PACER  WestlawNext  MyFaxCentral-Home  USPTO - Trademarks  Popular »

Q ▾ Google

SHARE  🔲 ☆ ▾    Log In or Register

www.burberry-bagsoutlet.com

• Home  • New Products  • Specials  • Shipping  • Payment  • Contact Us

Search for ...

GO

**Categories**

2011 Burberry Scraves

Promotional Products

Burberry Handbags

2012 Burberry Bags

Burberry Wallets

Burberry Scarves

Burberry Shawls

Burberry Clothing

Burberry Jeans

2011 Burberry Outlet

2011 Burberry Sunglasses

2011 Burberry Wallets

Burberry Belts

Burberry Child Clothing

Burberry Hats

Burberry Jewelry

Burberry Man Bags

Burberry Perfume

Burberry Scarf

Dear customer,

Welcome to http://www.burberrybag-outlets.com/.

If you have questions or feedback,please feel free to contact us

Email: burberrybagoutlet@hotmail.com

Or leave the message for us in the table below.

We will reply to you within 24 hours.

Contact Us

Full Name:

Email Address:

Message:

»Back

EXHIBIT 3G

John Doe 5

BurberryOutlet4u.org

http://www.burberryoutlet4u.org/burberry-bags-c-3.html

Clio  PACER  WestlawNext  MyFaxCentral-Home  USPTO - Trademarks  Popular ▾

Welcome to pick Burberry Bags with top quality and low price from Burberry Outlet Store

# BURBERRY

MY ACCOUNT    GIFT CARDS    BURBERRY SHOES

SHARE    
SHOPPING CART (0 ITEMS)

Enter search keys...

| Home | US Stores | Explore Burberry | Site Map | News |

BURBERRY NEWS   BURBERRY BAGS   BURBERRY ACCESSORIES   BURBERRY CLOTHING   BURBERRY SHOES

HOME > BURBERRY BAGS

## CATEGORIES

Burberry News >
Burberry Bags >
  |_Burberry Baby Bag
  |_Burberry Crossbody
  |_Burberry Packaboom
  |_Burberry Premium
  |_Burberry Satchels
  |_Burberry Mor Bags
  |_Burberry Shoulder Bags
  |_Burberry Totes
  |_Burberry Wallets
  |_Burberry Luggage
Burberry Accessories >
Burberry Clothing >
Burberry Shoes >

## New Products

Your famous. I am the maker! Our Burberry Outlet Store with high-grade rather Burberry Bags so designed to let you market sale very generous, which stakes you a fashion style and a noble taste. With a mixed colors and many differently style for you to chose from our Burberry outlet store you can hardened or carried on the shoulder like a buy more surprise us, we would give you a reasonable price and more surprises. What are you waiting for? So see yourself you chose Burberry outlet store is correct Burberry Store Online is your best choice. We be see will be one of your best and truthful partner! Please...let do it!

Burberry Baby Bag

Burberry Crossbody

Burberry Premium

Burberry Satchels

Burberry Mor Bags

Burberry Shoulder Bag

Burberry Wallets

Burberry Luggage

Burberry Totes

## New Products For January - Burberry Bags



Burberry outlet Burberry Mer satchel bag

Burberry outlet Burberry brown handbags

Burberry outlet Burberry ivywood box 03 bags

Burberry outlet Burberry reddish black box 03 bag

Burberry outlet Burberry baby Satchel bag

EXHIBIT 3H

John Doe 6

TopBurberrySales.com



Burberry is the well known British brand that own long time history,while its main feature still keeps its original classic pattern for its unique and world-class quality fashion popular faction. Burberry Bags For Sales is one reliable store to provides customers 100% guaranteed quality and low price products. Burberry Bags with good quality design,they always with stylish appearance.Welcome to our Burberry Outlet for shopping,we will never let you down!

New Products For January

BURBERRY HANDBAGS          BURBERRY BAGS NEW          BURBERRY HANDBAGS