Contact Us : Burberry Outlet Store, www.burberryforsales.com

http://www.burberryforsales.com/index.php?main_page=contact_us

Clio PACER WestlawNext MyFaxCentral-Home USPTO - Trademarks Popular▾

BURBERRYFORSALES CURRENCIES: US Dollar LANGUAGES SHOPPING CART: 0 items - $0.00

HOME NEW PRODUCTS CONTACT US LOG IN REGISTER BLOG Enter search keywords here GO

DESIGNER
HANDBAGS
2011 HOT SUMMER
collection for you!
ENTER SHOP

- 2011 Burberry Bags New Arrival
- Burberry Bowling Bags
- Burberry Hobos
- Burberry Shoulder Bags

Home | Contact Us

EXHIBIT 3J

John Doe 8

BurberryOutletsDresses.com



Burberry outlets online,burberry on sale,burberry dress discount

http://www.burberryoutletsdresses.com/

Clio    PACER    WestlawNext    MyFaxCentral-Home    USPTO – Trademarks    Popular ▾

# BURBERRY
ESTABLISHED 1856

Home · Log in

Currencies:  US Dollar    Languages:    Shopping cart:
now in your cart 0 items

Home    New Products    Specials    All Products    Contact US    Blog

## categories

Burberry Coats (54)
Burberry b-beyat (6)
Burberry Sweater (15)
Burberry Trousers (6)
Burberry Trench Coats (275)
Burberry t-shirt dresses (44)
Burberry new style dresses (38)
Burberry long-sleeve dresses (5)

Specials ...
New Products ...
All Products ...

Enter search keyw    Search

## new products for january

WOMEN'S BURBERRY TRENCH COATS 46

~~$624.00~~ **$271.00**
Save: 57% off

WOMEN'S BURBERRY TRENCH COATS 47

~~$624.00~~ **$271.00**
Save: 57% off

WOMEN'S BURBERRY TRENCH COATS 48

~~$624.00~~ **$271.00**
Save: 57% off



EXHIBIT 3K

John Doe 9

CheapBurberrysSalesOutlet.net



80% OFF cheap burberry outlet,discount burberry sale outlet

◄ + B http://www.cheapburberryssalesoutlet.net/

Clio   PACER   WestlawNext   MyFaxCentral-Home   USPTO – Trademarks   Popular ▾

BURBERRY

burberry outlet   GO

🛒 0 Items In Cart: $0.00

Home          Contact Us          New Products          Site Map          Shipping & Returns          Privacy Notice

**Categories**

• Burberry Handbags
• Burberry Scarf
• Burberry Sunglasses
• Burberry Trench Coat
• Burberry Flats
• Burberry Hat
• Burberry Rain Boots
• Burberry T Shirts For Men
• Burberry T Shirts For Women
• Burberry Tie
• Burberry Wallet
• Shipping fee

**New Products [more]**

Burberry Brown Classic Cut Silk Tie
$185.00

# Buy more save more

Buy 2 or more of any item, get 3% off

Buy 4 or more of any item, get 4% off

Buy 8 or more of any item, get 6% off

NEW PRODUCTS

Canvas Smoked Check Shoulder

Lowry Stitch Brown Leather Satchel

Signature Vintage Haymarket

Regent Check Landscape Tote

$324.00
$105.00
Save: 68% off
▶ Buy Now

$324.00
$105.00
Save: 68% off
▶ Buy Now

$324.00
$105.00
Save: 68% off
▶ Buy Now

$324.00
$105.00
Save: 66% off
▶ Buy Now

# EXHIBIT 3I

## John Doe 7

## BurberryForSales.com

Contact Us   80% OFF cheap burberry outlet,discount burberry sale outlet

◄ | + **B** http://www.cheapburberryssalesoutlet.net/contact_us.html                                         c   Q▾ Google

↔ ▥ ▦ Clio  PACER  WestlawNext  MyFaxCentral~Home  USPTO – Trademarks  Popular▾

Log in or Create Account

# BURBERRY

burberry outlet | GO

🛒 0 Items in Cart: $0.00

| Home | Contact Us | New Products | Site Map | Shipping & Returns | Privacy Notice |

## Categories

* Burberry Handbags
* Burberry Scarf
* Burberry Sunglasses
* Burberry Trench Coat
* Burberry Flats
* Burberry Hat
* Burberry Rain Boots
* Burberry T Shirts For Men
* Burberry T Shirts For Women
* Burberry Tie
* Burberry Wallet
* Shipping fee

### New Products  [more]



Tortoise frame with brown check

Home :: Contact Us

**Welcome to our company web site**

Please be happy to go through it and also read carefully about the information, such as shipping & returns, privacy notice and site map which will be helpful to you.

If Nobody answers immediately, it means all our customer service agents are off duty for that moment. You can also contact us by e-mail or send the message to **service@burberrysaleoutlet.net**

**Contact Us**

Full Name:
Email Address:
Message:

( back )                                                                                                        ( send )

EXHIBIT 3L

John Doe 10

Burberry-Mens.com



burberry,burberry outlet,burberry scarf,burberry on sale,burberry brit,burberry outlet store | burberry-mens

http://Burberry-Mens.com/

Clio   PACER   WestlawNext   MyFaxCentral-Home   USPTO - Trademarks   Popular▾

| Burberry belts (15) | Burberry Men Shirt Mens T-Shirts | Mens Burberry Zip-Off Hat Jacket |
| Burberry Men Shirt Mens T- | Burberry Men Shirt Mens T-Shirts | Mens Burberry Reversible Jacket |
| Burberry Mens Short Sleeve Black | Burberry Men Shirt Mens T-Shirts | Mens Burberry Reversible Jacket |
| Burberry Wool Bogg Nova | Burberry Men Shirt Mens T-Shirts | Mens Burberry Reversible |
| Burberry Wool Classic Nova | Burberry Men Shirt Mens T-Shirts | Mens Burberry Reversible |
| Mens Burberry Underwear (5") | Burberry Men Shirt Mens T-Shirts | Mens Burberry Reversible |

**Power Seller**

Follow us on twitter, get to know the newest fashion and discount alert from us.

**Power Seller**

Visit Youtube for our latest videos. We are working hard to show you the hottest products in the world. Don't forget to subscribe to watch them at the first time. We update daily!

**Power Seller**

Are you on Facebook? Join us! PowersellerUnion has created a special Facebook page for you. We hope to "see" you on our page! Be a fan of us, you will know the newest products, hottest topics and discounts first.

Customer Service
Contact Us
My Account
My Cart

Useful links
My Favorites
Blog

About
Email us
Site Map

**JOIN OUR COMMUNITY**

Follow us on Facebook

Follow us on Twitter

Read our blog

RSS updates

Watch our videos

**PAYMENT METHODS**

VISA

PayPal

**SHIPPING**

**SECURITY**

EXHIBIT 3M

John Doe 11

BurberryOutletA.com







Cheap Louis Vuitton handbags,Discount Burberry outlet bags on sale!

◄ ► + ᴹ http://www.topburberrysales.com/ · C Q▾

⤢ ⊟ ▦ Cho   PACER   WestlawNext   MyFaxCentral~Home   USPTO – Trademarks   Popular ▾



Home | Log in |

Shopping Cart (0 items)

*topburberrysales.com*

**Home    New Arrivals    Shipping    Payment    Exchange & Refund Policy    Wholesale**     Currencies: | US Dollar |

🔍 Search


Live Help Offline

**Categories**

Burberry Handbags
Burberry Accessories
Burberry Scarves
Louis Vuitton Women's Handbags
Louis Vuitton Men's Handbags

**Bestsellers**

# Shop burberry New Arrivals

## Save Up to 50% Plus Free Shipping



**Shop Now >>>**

>>>

Welcome to our designer **Louis Vuitton handbags & Burberry handbags** Online Shop!

We provide the high-quality but lowest price **Louis Vuitton bags & Burberry bags**. The style, material and sizes are the same as authentic LV & Burberry handbags, but you only need to pay the very low price to buy one !

We provide hundreds styles of **LV handbags** and Burberry bags, fashion and durable, most of our products are made of genuine leather . We promise that the cheap Louis Vuitton bags and discount Burberry handbags on sale,we provide the item as perfect as you want! Buy More Louis Vuitton and Burberry For More Discount.Enjoy your shopping in my shop !

**Featured Products**          >>>

   

Burberry Top Handles - BAGS

← → ⚏ 🗁 Clio  PACER  WestlawNext  MyTaxCentral-Home  USPTO - Trademarks  Popular ▾

⬛ http://www.burberryoutleta.com/burberry-top-handles?dir=desc&order=price

# BURBERRY
OUTLETA

| BAGS | SHOES | ACCESSORIES | ICONIC CHECKS | MEN'S SHOP | BEST SELLERS |

Welcome To Burberry outlet    My Account | My Wishlist | My Cart | Checkout | Log In

Search entire store here  🔍

● GBP ● CNY ● EUR ● USD

Home / BAGS / Burberry Top Handles

## Burberry Top Handles

**CATEGORIES** ❯

**— BAGS**
- Burberry Clutches & Evening
- Burberry Crossbody
- Burberry Hobo
- Burberry Totes Bags
- Burberry Shoulder Bags
- Burberry Top Handles
- Burberry Totes
- Burberry Travel
- Burberry Small Accessories

**— SHOES**
- Burberry Flats
- Burberry Pumps
- Burberry Sandals
- Burberry Boots
- Burberry Trainers

**— ACCESSORIES**

Page: 1  2  3  ►

Shop  40  ⬍  per page

Sort by  Price  ⬍

Burberry Grainy Grain Print Top Bag Espresso Brown

Price

Burberry Large Grainy Grain Print Tote Bag Maroon

Price

Burberry Grainy Grain Print Top Bag Maroon

Price

Burberry Canvas Check Azure Handbag Sable Brown

Price

Burberry Top Handles - BACS

http://www.burberryoutletea.com/burberry-top-handles?dir=desc&order=price

Clio   PACER   WestlawNext   MyFaxCentral-Home   USPTO - Trademarks   Popular ▾

Burberry 2...ted Patent Leather Handbag Mirror

Price

Burberry Patent Leather Strap Handbag Black

Price

Burberry Smoked Check Belt Leather Handbag Chocolate

Price

Burberry Patent Leather Strata Handbag Red

Price

Burberry Canvas Mega Check Leather Tote Bag Black White

Price

Burberry Bridle Check Satchel Hobo Bag Black

Price

Burberry Bridle House Check Shopping Bag Smoke Grey

Price

Burberry Canvas Striped Leather Top Handbag Red

Price

Burberry Patent Mega Check Leather Bar Bag White

Price

Burberry Canvas Check Check Leather Sling Handbag Yellow

Price

Burberry Canvas Jacquard Leather Tote Bag Dark Duo Black

Price

Burberry Bridle House Check Tote Bag Smoke Grey

Price



EXHIBIT 3N

John Doe 12

BurberrySale365.com



Contact us – burberrysale365.com

http://www.burberrysale365.com/contact-us

Clio   PACER   WestlawNext   MyPacerCentral-Home   USPTO – Trademarks   Popular ▼

# Burberrysale365.com

Welcome, Log in    Your Account    Cart: empty    ✉ contact    ⊹ sitemap

Help Center

Home | Burberry Women ▼ | Burberry Men ▼ | Accessories ▼ | Best Sellers | New Arrivals

**CART**

No products

Shipping       $0.00
Total          $0.00

Prices are tax excluded

**CART**

**Categories**

**Burberry Men**

Burberry Men's Scarf
Burberry Men's Polo Shirts
Burberry New Shoes
Burberry Men's Sweater

**Burberry Women**

Burberry Women's T-shirts
Burberry Women's Shirt
Burberry Women's Hoodies
Burberry Women's Polo shirts
Burberry Women's Dress
Burberry Women's Trench Coats
Burberry Women's Bikini
Burberry Women's Handbags
Burberry Women Shoes

## CUSTOMER SERVICE - CONTACT US

We want to help you as quickly as possible. Some questions have come up more than others, so please check out our ... if you have any questions or queries that have not been answered in our FAQs, and then you can contact us by any of the following methods:

**Customer Service:**

For questions regarding order status and other after-sales support, click here to contact Customer Service by sending an email to

**Live Help:**

Contact our pre-sales representatives via ... , which is available in 24 hours. Usually any questions you asked will be answered within 24 hours.

For questions about an order or for more information about our products.

**SEND A MESSAGE**

Subject Heading     -- Choose --

E-mail address

Order ID

Attach File     Choose File

Message

EXHIBIT 3O

John Doe 14

BurberryOutletOnlines.com

Burberry Outlet, Cheap Burberry Bags Online Outlet!

http://www.burberryouteltonlines.com/

↔ ⌂ ⊞ Clio  PACER  WestlawNext  USPTO – Trademarks  Popular ▾

New Products    Featured Products    Contact Us    Specials    Register

Search▸    Advanced Search▸    🛒 Your cart is empty

## Currencies

US Dollar

- Burberry Crossbody Bags
- Burberry Shoulder Bags
- Burberry Prorsum Bags
- Burberry Clutch Bags
- Burberry Tote Bags
- Burberry Sling Bags
- Burberry Sunglasses
- Burberry Wallets
- Burberry Scarves
- Burberry Accessories
- Burberry Messenger Bags

Specials ...
New Products ...
All Products ...

Specials - more

# Welcome to Cheap Burberry Bags Store!

Welcome Guest! Would you like to log yourself in?

**Burberry outlet** is a reliable way to get **cheap burberry bags** and products. Discounts can be save up to 50%-70%, although this varies. The styles, products and availability at each **burberry online outlet** varies from store to store. The sale section on the official website can also offer some good deals depending on what your looking for, although at times the selection can be small. **Burberry outlets** are fairly accessible. However, in the event that you must travel far to reach one, it is always best to call ahead and make sure they have the items in which you are interested. Burberry outlets are great if you are on a tight budget as you can get cheaper designer items without worries regarding authenticity. To find the nearest Burberry outlet check the locations below. Happy hunting!

## New Products For January

Burberry Small Floral Check Wristlet Clutch Bag Black Grey

$446.67 $198.79
Save: 60% off

Burberry Smoked Check Wristlet Bag in Tan Gold

$443.84 $186.79
Save: 60% off

Burberry Nova Painted Stars Cosmetic Case in Slate Grey Pink

$242.4 $598.53
Save: 60% off

Contact Us - Burberry Outlet

http://www.burberryouteltonlines.com/contact_us?zenid=04f61eaaa9152698593 51cada413ff59

Clio   PACER   WestlawNext   MyFaxCentral–Home   USPTO – Trademarks   Popular ▾

New Products   Featured Products   Contact Us   Specials   Register

Search...   Advanced Search ›   🛒 Your cart is empty

**Currencies**

US Dollar ▾

- Burberry Crossbody Bags
- Burberry Shoulder Bags
- Burberry Prorsum Bags
- Burberry Clutch Bags
- Burberry Tote Bags
- Burberry Sling Bags
- Burberry Sunglasses
- Burberry Wallets
- Burberry Scarves
- Burberry Accessories
- Burberry Messenger Bags

Specials ...
New Products ...
All Products ...

Specials - more

Storename:burberryouteltonlines.com

Welcome to the http://www.burberryouteltonlines.com  we strive to offer the best customer shopping experience. If you are not entirely satisfied with your purchase or the service you have received, we would love to hear from you. Alternatively, if you have had a particularly good experience, we would be delighted to hear from you. We will respond to your inquiry within 24 -48 hours.

Service Email: burberrybagoutlet@gmail.com

**Contact Us**

Full Name:
Email Address:
Message: