UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BURBERRY LIMITED and
BURBERRY LIMITED,

        Plaintiffs,

v.

JOHN DOE 1 A/K/A QIAO RENFENG A/KA QIU YANYANG A/K/A LIN RUI A/K/A CHEN DERONG A/K/A XUE BINXUAN A/K/A YONGBO LI A/K/A XIAO JINGJING A/K/A JIANG AI A/K/A XUZHEYE XUZHEYE A/K/A XU ZHEYE A/K/A ZHOUMINMIN A/K/A ZHAO LI A/K/A ZHENG LINTIAN A/K/A LINTIAN ZHENG A/K/A CHEN CHENG A/K/A YANG CHENG A/K/A HUANG YAYAN A/K/A WU JINGQING A/K/A WU WU A/K/A ZHANG LILI A/K/A CHEN MINXIA A/K/A LINXICHUN A/K/A XICHUN LIN A/K/A XUZIMI A/K/A XU ZIMI A/K/A HUANG BOMING A/K/A LIU GUOREN; JOHN DOE 2 A/K/A LIUQING WU A/K/A/ WU LIUQING; JOHN DOE 3 A/K/A HONGPUYI A/K/A WANGHAO A/K/A LIUTAO A/K/A LIMEI XIAO A/K/A XIAOLIMEI; JOHN DOE 4 A/K/A CHEN XUE A/K/A CHEN DAI A/K/A CHEN DAIL A/K/A CHEN JUN YONG A/K/A CHEN XUEFENG; JOHN DOE 5 A/K/A WANG ZHENGLEI A/K/A SUN XIAN SHENG A/K/A XIANGSHENG WANG A/K/A WANG ZHENG LEI A/K/A ZHENGLEI WANG A/K/A ZHENG WANG A/K/A WANG XIAN SHENG; JOHN DOE 6 A/K/A HUANGMINJUN A/K/A WU LONGQI A/K/A LUO TINGFEI A/K/A QINFAN; JOHN DOE 7; JOHN DOE 8 A/K/A CHENQI A/K/A QI CHEN A/K/A JONE SMITH A/K/A LIN LIN A/K/A FJC004 A/K/A LE LE A/K/A JAMES D. HILL; JOHN DOE 9 A/K/A REN XIAOQING A/K/A XIAOQING REN A/K/A SUMMER A/K/A BUSINESS A/K/A AMY SMITH A/K/A XIONG TENG A/K/A XIONTENG A/K/A MIKE WANG A/K/A HE QIAN A/K/A DUOSIYIBEI A/K/A ANNIE HE; JOHN DOE 10 A/K/A JUNGLE KOO; JOHN DOE 11 A/K/A CHEN YIFAN A/K/A ZHANG SHI A/K/A LI CHANG A/K/A PENG PENG A/K/A WAN SAN SAN A/K/A MENG XIANG A/K/A GAN PING A/K/A FANG PING A/K/A CHEN ZHEN A/K/A KAI SHA A/K/A WANG BIN BIN A/K/A PING PING A/K/A LI MEIMEI A/K/A XU WANG A/K/A PING JIN A/K/A XUE JI MING A/K/A BOSER BOSET A/K/A WANG JIANG A/K/A WER ERW; JOHN DOE 12 A/K/A CHEN GUOPENG A/K/A GUOPENG CHEN; JOHN DOE 13 A/K/A WANGZHIQIANG A/K/A

        Civil Action

        No. 12 Civ. 0479

        **JUDGE GRIESA**

        <u>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**</u>



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/12

| | |
|---|---|
| YANG A/K/A ANDY A/K/A ONLY A/K/A LIURUOLAN; JOHN DOE 14 A/K/A WAN ZHENCAI A/K/A HUANG YAN A/K/A HUANG YAN JIN A/K/A YU MEI ZHANG A/K/A YANG WEN XUE; XYZ COMPANIES, AND JOHN DOES 15-100,<br>     Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: |

Plaintiffs Burberry Limited and Burberry Limited (collectively, "Burberry" or "Plaintiffs") commenced this action on January 20, 2012, and simultaneously moved *ex parte* for a Temporary Restraining Order, Seizure Order, Asset Restraining Order, Domain Name Transfer Order, Order for Expedited Discovery, Order Permitting Service by Electronic Mail, and Order to Show Cause for a Preliminary Injunction ("TRO"), which this Court granted on January 23, 2012. On February 1, 2012, the Plaintiffs filed an Affidavit of Service on the Defendants.

The Defendants, having been served with the Complaint, TRO, and related papers, did not appear or oppose the Plaintiff's application for a Preliminary Injunction. On February 9, 2012 this Court granted the Plaintiffs' application for, and entered a Preliminary Injunction against all of the Defendants.

No Defendant appeared following this Court's entry of the Preliminary Injunction. No Defendant has answered the Complaint, and the time for answering the Complaint has expired. On April 9, 2012, the Plaintiffs moved for an entry of default against all Defendants. No Defendant has opposed the Plaintiffs' motion for entry of default.

Now, the Court, having reviewed the Complaint, Memoranda of Law, supporting Declarations and exhibits submitted therewith, finds that:

  1.  Burberry is the owner of numerous valid and enforceable federally registered trademarks (the "Burberry Trademarks"), including without limitation the following:

| Registration Number | Registered Trademark | Registration Date | International Classes |
|---|---|---|---|
| 1,607,316 | BURBERRY | 07/24/1990 | 09 |
| 2,624,684 | BURBERRY | 09/24/2002 | 35 |
| 1,747,765 | BURBERRY | 01/19/1993 | 14 |
| 2,875,336 | BURBERRY | 08/17/2004 | 09, 14 |
| 260,843 | BURBERRY | 08/27/1929 | 25 |
| 510,077 | BURBERRY | 05/24/1949 | 25 |
| 1,241,222 | Burberry Check | 06/07/1983 | 25 |
| 2,845,852 | Burberry Check | 05/25/2004 | 09 |
| 1,855,154 | Burberry Check | 09/20/1994 | 14 |
| 2,022,789 | Burberry Check | 12/17/1996 | 18, 24, 25, 28 |
| 3,529,814 | Burberry Check | 11/11/2008 | 18, 20, 21, 24, 25, 28, 35 |
| 2,612,272 | Burberry Check | 08/27/2002 | 35 |
| 2,732,617 | Burberry Check | 07/01/2003 | 03, 18, 25 |
| 3,202,484 | BURBERRY LONDON | 01/23/2007 | 03, 04, 09, 14, 16, 18, 20, 21, 25, 28 |
| 1,133,122 | BURBERRYS | 04/15/1980 | 18 |
| 1,622,186 | Equestrian Knight Design | 11/13/1990 | 09 |
| 2,512,119 | Equestrian Knight Design | 11/27/2001 | 03, 18 |
| 2,952,399 | Equestrian Knight Design | 05/17/2005 | 09, 14 |
| 1,903,508 | Equestrian Knight Design | 07/04/1995 | 14 |
| 863,179 | Equestrian Knight Design | 01/07/1969 | 25 |
| 2,610,329 | PRORSUM | 08/20/2002 | 25 |
| 2,654,697 | PRORSUM | 11/26/2002 | 18 |

2. As set forth in the Complaint, Plaintiffs have demonstrated that the Defendants are entities and individuals that operate a large, fluid network of Internet websites ("Infringing Websites"), to offer for sale and/or sell products bearing counterfeits of the Burberry Trademarks ("Counterfeit Products") to consumers in the United States, and in this District, using various domain names, all of which incorporate one or more of the Burberry Trademarks, including without limitation the following one-hundred-fifty-four (154) domain names (collectively, the "Infringing Domain Names"):

- 2011Burberry-Outlet.com
- 2011BurberryOutlet.info
- 2011BurberrySale.com
- Bur-Berry.com
- Burberry-Bag-Outlets.com
- Burberry-BagOutlets.com

- Burberry-Bags-Outlet.com
- Burberry-BagsOutlet.com
- Burberry-Mens.com
- Burberry-Outlet.us
- Burberry-Outlet-Online.org
- Burberry-Outlet2011.com

3

- Burberry-Outlet2011.net
- Burberry-OutletSale.net
- Burberry-OutletSale.org
- Burberry-Premium-Outlet.com
- Burberry-s.com
- Burberry-Sales.net
- Burberry-Vision.com
- Burberry-Visions.com
- Burberry-Womens.com
- Burberry1856.net
- BurberryBagOutlet.org
- BurberryBags1856.net
- BurberryBorse.com
- BurberryCheapStore.com
- BurberryForCheap.com
- BurberryForSales.com
- BurberryOnline-Sale.com
- BurberryOuteltOnlines.com
- BurberryOutlet-Online.org
- BurberryOutlet-Onlines.net
- BurberryOutlet-s.com
- BurberryOutlet-Sale.info
- BurberryOutlet-Sale.net
- BurberryOutlet-Sale.us
- BurberryOutlet2011.org
- BurberryOutlet4u.org
- BurberryOutletA.com
- BurberryOutletB.com
- BurberryOutletC.com
- BurberryOutletD.com
- BurberryOutletDresses.com
- BurberryOutletDresss.com
- BurberryOutletE.com
- BurberryOutletF.com
- BurberryOutletFab.com
- BurberryOutletFabs.com
- BurberryOutletFactory.com
- BurberryOutletG.com
- BurberryOutleti.com
- BurberryOutletInc.com
- BurberryOutletKick.com
- BurberryOutletNew.net
- BurberryOutletOK.com
- BurberryOutletOnline.info
- BurberryOutletOnline.org
- BurberryOutletOnline-Store.net
- BurberryOutletOnline-Store.org
- BurberryOutletOnline4u.com
- BurberryOutletOnline4u.net
- BurberryOutletOnline4u.org
- BurberryOutletOnlinee.com
- BurberryOutletOnlinee.net
- BurberryOutletOnlinee.org
- BurberryOutletOnlineShops.net
- BurberryOutletoUSA.com
- BurberryOutletSaleOK.com
- BurberryOutletSaleOnline.net
- BurberryOutletSaleT.com
- BurberryOutletScarfs.com
- BurberryOutletsDress.com
- BurberryOutletsDresses.com
- BurberryOutletSet.com
- BurberryOutletsEtin.com
- BurberryOutletss.org
- BurberryOutletUSA.com
- BurberryOutletWeb.com
- Burberrys-Vision.com
- BurberrySale-Online.com
- BurberrySale-Outlet.com
- BurberrySale-Outlet.net
- BurberrySale-USA.com
- BurberrySale365.com
- BurberrySaleOutlet.info
- BurberrySaleOutlet.net
- BurberrySaleOutlet.org
- BurberrySaleOutlet.us
- BurberrySales.net
- BurberrySaleWorld.com
- BurberryScarfes.com
- BurberrySitOufficiale.com
- BurberrySitOufficiale-IT.com
- BurberrysOutletOnline.info
- BurberrysOutletsDress.com
- BurberryStoreSale.com
- BurberryVision.com
- BurberryVisions.com
- Burberryz.com
- CheapBurberry-Outlet.com
- CheapBurberry-OutletOnline.com
- CheapBurberryOutletSale.net
- CheapBurberrySaleOutlet.com
- CheapBurberrySaleOutlet.net

- CheapBurberrySaleOutlet.org
- CheapBurberrySaleOutlets.com
- CheapBurberrySaleOutlets.net
- CheapBurberrySaleOutlets.org
- CheapBurberrySelling.com
- CheapBurberrysSaleOutlet.com
- CheapBurberrysSaleOutlet.net
- CheapBurberrysSaleOutlet.org
- DiscountBurberryOutlet.com
- MyBurberrySale.com
- Online-BurberryOutlet.net
- Online-BurberryOutlet.org
- OnlineBurberryOutlet.net
- OnlinesBurberryOutlet.com
- TopBurberrySales.com
- USA-BurberryForSale.net
- USABurberryForSale.com
- USABurberryHandbagsSale.com
- USBurberry-Outlet.com
- YesBurberryVision.com
- AustraliaBurberrys.com
- BurberryBags1856.com
- BurberryBagsOutletSales.com
- BurberryForSales.net
- BurberryFR.com
- BurberryHandbagsOutlet.info
- BurberryHandbagsSale.com
- Burberry-OnlineOutlet.com
- BurberryOutletSale.co
- Burberry-OutletSale.info
- Burberry-OutletSale.us
- BurberryOutletStore.info
- Burberry-OutletStore.org
- Burberry-OutletStore.us
- Burberry-Sac-Echarpe.com
- Burberry-Sac-Echarpe.org
- Burberry-SaleOutlet.com
- Burberry-Sale-Outlet.com
- Burberry-Sale-Outlets.com
- Burberry-Scarf.us
- BurberryssOutletsDress.com
- BurberrysssOutletsDress.com
- BurberryTopShop.com
- BuyBurberrys.com
- Echarpe-Burberry-Sac.com
- Echarpe-Burberry-Sac.info
- MensBurberryOutlet.com
- Onlines-BurberryOutlet.com
- OnlinesBurberryOutlet.net
- OutletBurberrySale.org

3. Collectively, the Defendants in this matter and in the related case *Burberry Limited (US), et al. v. John Doe 1, et al.*, 11 Civ. 08306 (TPG) (S.D.N.Y.) sold and offered for sale at least twenty-two (22) distinct types of goods, each bearing numerous counterfeits of the Burberry Trademarks.

4. The Defendants have disregarded the TRO and Preliminary Injunction issued by this Court; and so the Court:

**HEREBY FINDS** that Defendants are liable for federal trademark counterfeiting and infringement under 15 U.S.C. § 1114, false designation of origin under 15 U.S.C. § 1125(a), trademark dilution under 15 U.S.C. § 1125(c), and cybersquatting under 15 U.S.C. § 1125(d)(1), trademark dilution under New York Gen. Bus. Law § 360-l, deceptive acts and practices under

New York Gen. Bus. Law §§ 349-350, and trademark infringement and unfair competition in violation of federal and New York common law; and so it is

**ORDERED, ADJUDGED AND DECREED** that, pursuant to 15 U.S.C. § 1117(c)(2), the Plaintiffs be awarded statutory damages from the Defendants in the liquidated amount of **one-hundred million dollars ($100,000,000.00)**, and

**IT IS FURTHER ORDERED** that all monies currently restrained in Defendants' accounts held by PayPal, Inc. be released to Plaintiffs as partial payment of the above-mentioned damages; and

**IT IS FURTHER ORDERED** that in whole or partial satisfaction of the judgment Plaintiffs are entitled to any of the Defendants' monies and property, including domain names incorporating one or more of the Burberry Trademarks, wherever they may be found; and

**IT IS FURTHER ORDERED** that Defendants, and their officers, agents, servants, employees, attorneys, and all those in active concert or participation with them, are hereby **PERMANENTLY ENJOINED** from:

  a. Using any reproduction, counterfeit, copy, or colorable imitation of the Burberry Trademarks for and in connection with any goods or their packaging not authorized by Burberry;

  b. Engaging in any course of conduct likely to cause confusion, deception, or mistake, or to injure Plaintiffs' business reputation or dilute the distinctive quality of the Burberry Trademarks;

  c. Using any false description or representation, including words or other symbols tending falsely to describe or represent Defendants' unauthorized

goods or their packaging as being those of Burberry, or sponsored by or associated with Burberry, and from offering such goods into commerce;

d. Further infringing the Burberry Trademarks by manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, displaying, or otherwise disposing of any products or their packaging not authorized by Burberry that bear any simulation, reproduction, counterfeit, copy, or colorable imitation of the Burberry Trademarks;

e. Using any simulation, reproduction, counterfeit, copy, or colorable imitation of the Burberry Trademarks in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation, or distribution of any Counterfeit Products or their packaging in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Burberry, or to any goods sold, manufactured, sponsored, approved by, or connected with Burberry;

f. Making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which may or is likely to lead the trade or public, or individual members thereof, to believe that any products manufactured, distributed, or sold by Defendants are in any manner associated or connected with Burberry, or are sold, manufactured, licensed, sponsored, approved, or authorized by Burberry;

g. Infringing the Burberry Trademarks or Plaintiffs' rights therein, or using or exploiting the Burberry Trademarks, or diluting the Burberry Trademarks;

7

    h. Secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records that contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, or displaying of all Counterfeit Products that infringe or dilute the Burberry Trademarks; and

    i. Effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in any Final Judgment or Order in this action; and

    j. Creating, registering, using, linking, transferring, selling, exercising control over, or otherwise owning the Infringing Domain Names, or any domain name that incorporates, in whole or in part, any of the Burberry Trademarks; and

**IT IS FURTHER ORDERED** that the Internet registry for each of the Infringing Domain Names transfer the Infringing Domain Names to a registrar of Plaintiffs' choice; and

**IT IS FURTHER ORDERED** that the Infringing Domain Names that were transferred to Plaintiffs pending trial pursuant to the Preliminary Injunction shall remain permanently in the Plaintiffs' control;

**IT IS FURTHER ORDERED** that any Internet registry or other third party providers, including, without limitation, any domain name registrars, Internet Service Providers ("ISPs"), back-end service providers, web designers, sponsored search engine or ad-word providers, merchant account providers, third party processors and other payment processing services, or shippers who receive actual notice of the terms of this Permanent Injunction, immediately and

permanently cease rendering any services to the Defendants in connection with any of the Infringing Websites and Infringing Domain Names owned or operated by the Defendants; and

**IT IS FURTHER ORDERED** that in accordance with this Court's inherent equitable powers and its power to coerce compliance with its lawful orders, and due to Defendants' ongoing proliferation of infringing domain names incorporating in whole or in part any of the Burberry Trademarks ("Newly-Detected Infringing Domain Names") for operation of its counterfeiting activities:

1. As Plaintiffs discover Newly-Detected Infringing Domain Names registered by Defendants, Plaintiffs shall bring notice of the Newly-Detected Domain Names to the Court's attention, and seek to establish to the Court's satisfaction that the Newly-Detected Domain Names violate this Order. Upon this showing, the Court shall enter an appropriate order holding that the Newly-Detected Domain Names fall within the scope of this Order (collectively, the "Notice and Order").

2. Burberry shall provide a copy of the Notice and Order issued by the Court to both the appropriate Internet registry (including, without limitation, Verisign, Inc. and the Public Interest Registry) and the ICANN-accredited domain name registrar(s) of record for the Newly-Detected Domain Names.

3. If the registrar is located outside of the United States, within two (2) business days of delivery of the Notice and Order the registry shall place the Newly-Detected Domain Names on Registry Lock, making them non-transferrable by the Defendant-registrants.

4. If the registrar is located within the United States, within two (2) business days of delivery of the Notice and Order the registrar shall place the Newly-Detected Domain

Names on Registrar Lock. If the registrar fails to act for any reason as provided in this Order, Burberry may provide notice to the registry of the registrar's failure to act and the registry shall, within two (2) business days of such notice, place the Newly-Detected Domain Names on Registry Lock.

5. Once the Newly-Detected Domain Names are locked as provided herein, Burberry shall serve this Order and the Notice and Order on the Defendant-registrants by electronic mail to the contact information associated with the registrants of the disabled Newly-Detected Domain Names in the WhoIs database.

6. Within two (2) business days after the service of this Order and the Notice and Order on the Defendant-registrants as set forth in Paragraph 5 has been effectuated, the appropriate registrar or registry shall place the Newly-Detected Domain Names on Hold so that websites associated with the Newly-Detected Domain Names do not resolve when queried by an Internet browser.

7. Within twenty (20) business days after the actions set forth in Paragraph 6 are taken with respect to the Newly-Detected Domain Names, the registrar(s) and registries as set forth above, with the assistance of Burberry, shall transfer the Newly-Detected Domain Names to a registrar of Burberry's choosing, and ensure that the registration record for each Newly-Detected Domain Name is changed to reflect that Burberry is the registrant, and remove all Holds and Locks.

**AND IT IS FURTHER ORDERED** that on notice to any third party providers, including, without limitation, domain name registrars, ISPs, back-end service providers, web designers, sponsored search engine or ad-word providers, merchant account providers, third party payment processors and other payment processing services, or shippers, of any Defendant's

creating, registering, using, linking, transferring, selling, exercising control over, or otherwise owning or operating any Additional Infringing Domain Names or Additional Infringing Websites in contempt of this Court's Order, such third party provider shall immediately and permanently cease rendering any services to the Defendants in connection with any Additional Infringing Domain Names and Additional Infringing Websites; and

**IT IS FURTHER ORDERED** that on notice to any Internet search engines including, without limitation, Google, Bing, and Yahoo, and any social media websites including, without limitation, Facebook, Google+, and Twitter, (collectively "Internet Search and Social Media Websites") of any Additional Infringing Domain Names or Additional Infringing Websites appearing on their websites, such Internet Search and Social Media Websites shall, subject to an order of this Court finding the Defendant(s) in contempt and listing the Additional Infringing Domain Names and Additional Infringing Websites associated with the Defendant(s), de-index and remove from any search results pages any Additional Infringing Domain Names and Additional Infringing Websites unless otherwise instructed by this Court or by the Plaintiffs that any such domain name is authorized to be reinstated, at which time it shall be reinstated to its former status within each search engine index from which it was removed; and

**IT IS FURTHER ORDERED** that Plaintiffs may complete service of this Order on Defendants by electronic mail to the addresses set forth in Exhibit 1 hereto, which Plaintiffs have demonstrated will provide adequate notice to Defendants pursuant to Fed. R. Civ. P. 4(f)(3); and

**IT IS FINALLY ORDERED** that pursuant to Fed. R. Civ. P. 4(f)(3) Plaintiffs are permitted to complete service of this Order on the Defendants by publishing notice of this Order on the Infringing Domain Names seized and transferred to Plaintiffs.

Defendants are hereby given further notice that they shall be deemed to have actual notice of the issuance and terms of such Permanent Injunction and any act by them or any one of them in violation of any of the terms thereof may be considered and prosecuted as contempt of this Court.

SO ORDERED:

*/s/ Thomas P. Griesa*

Hon. Thomas P. Griesa
United States District Court Judge
Dated: May 15, 2012

*Burberry Limited et al. v. John Does 1-14 et al.,*
12 Civ. 0479 (TPG) (SDNY)

## EXHIBIT 1

### List of Defendants' Email Addresses

BruceCleveland007@hotmail.com
burberrybagoutlet@gmail.com
burberrybagsoutlet@hotmail.com
burberryborse.com@gmail.com
burberryonline@hotmail.com
burberryonlinesale@gmail.com
burberryoutletonline.org@gmail.com
burberryoutlets@gmail.com
burberryoutletus@gmail.com
burberrys.com@gmail.com
burberrysale365.com@gmail.com
burberrysaleoutlet.com@gmail.com
burberrysaleoutlet@gmail.com
burberrysitoufficiale@hotmail.com
burberryzsite@gmail.com
cheng539539@sina.com
cheng53955@hotmail.com
coolwang26@gmail.com
coolwang26@hotmail.com
coolwzl@163.com
csc@sellshoemall.com
debbyoutlet@gmail.com
discountburberryoutlet@gmail.com
dsyb_sophia@hotmail.com
duringtheday@163.com
edward.c1975@yahoo.com
fangping@gmail.com
fddggwer@163.com
fjc004@163.com
fjc007@163.com
flatironoutlet@gmail.com
gfjhgjuil@163.com
ghgjuio@163.com
ghjghjkkolew@163.com
griffeys@mario.safesugar.net
gttbsthr193@hotmail.com
handbags-branded@hotmail.com
hebeisheng@gmail.com

honghuiyantu@163.com
hostmaster@burberry-vision.com
hostmaster@burberry-visions.com
hostmaster@burberrys-vision.com
hostmaster@burberryvision.com
hostmaster@burberryvisions.com
hotbests@eyou.com
huhkojosdf@163.com
karenmil@phoenix.safesugar.net
kehutiaihun@163.com
liantianhao002@126.com
lookupatsky@163.com
moncleritalias167@hotmail.com
mrguang80@yahoo.com
nhjkjkljna@163.com
nikesuppliers3@hotmail.com
noreply@burberryoutletnew.net
pingjing013@gmail.com
ploimhgh@163.com
Powersellerunion@hotmail.com
purse_store@yahoo.com
qinqin129@163.com
rootxm55@hotmail.com
sale_support@hotmail.com
saleburberrydress@hotmail.com
sales_support@hotmail.com
sales@burberry-vision.com
sales@burberry-visions.com
sales@burberrys-vision.com
sales@burberryvision.com
sales@yesburberryvision.com
salesdresshelp@hotmail.com
salesknmlhelp@hotmail.com
shengli00@gmail.com
smail.wee@yahoo.com
support@burberryoutletnew.net
t3microstore@gmail.com
tianjinliutao@hotmail.com
tianxia567@126.com
wangjiang94@yahoo.com
wangmen1456@gmail.com
wangzhenglei@163.com
wholesale@burberry-vision.com
wholesale@burberry-visions.com
wholesale@burberryvision.com
wrtrade01@163.com

wrtrade02@163.com
wrtrade04@163.com
www.yahoohost.com@gmail.com
xiongteng520@hotmail.com
xytrade01@163.com
xytrade02@163.com